UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 47449
    RON PLOCHL
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-2032

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/10/2005 and was confirmed 03/23/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

    The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDAMERICA BANK | SECURED | 2200.00 | 60.50 | 2200.00 |
| MIDAMERICA BANK | UNSECURED | NOT FILED | .00 | .00 |
| STANDARD BANK & TRUST | SECURED NOT I | .00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 10326.31 | .00 | 674.74 |
| BALLYS TOTAL FITNESS | UNSECURED | 1857.98 | .00 | 177.30 |
| BANKFINANCIAL | UNSECURED | 20936.12 | .00 | 2081.90 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1570.00 | .00 | 149.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 29710.55 | .00 | 2954.42 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 14706.24 | .00 | 1462.39 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 16559.80 | .00 | 1646.71 |
| DR MAC SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| FOUNDERS BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3718.99 | .00 | 354.89 |
| NORTH HARBOR TOWERS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP INC | UNSECURED | NOT FILED | .00 | .00 |
| STANDARD BANK & TRUST | SECURED NOT I | 223.67 | .00 | .00 |
| STANDARD BANK & TRUST | CURRENT MORTG | .00 | .00 | .00 |
| VERIZON | UNSECURED | 401.13 | .00 | 38.29 |
| ECAST SETTLEMENT CORP | UNSECURED | 416.76 | .00 | 39.77 |
| ECAST SETTLEMENT CORP | UNSECURED | 531.69 | .00 | 50.72 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 15682.45 | .00 | 15682.45 |
| ILLINOIS SECRETARY OF ST | NOTICE ONLY | NOT FILED | .00 | .00 |
| CCB CREDIT SERVICE INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| PIERCE HAMILTON & STERN | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | .00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | .00 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 05 B 47449 RON PLOCHL

```
MELVIN J KAPLAN          DEBTOR ATTY        .00                        .00
TOM VAUGHN               TRUSTEE                                  1,847.30
DEBTOR REFUND            REFUND                                      37.09
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  29,458.28

PRIORITY                                     15,682.45
SECURED                                       2,200.00
     INTEREST                                    60.50
UNSECURED                                     9,630.94
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                          1,847.30
DEBTOR REFUND                                    37.09
                        ---------------     ---------------
TOTALS                  29,458.28            29,458.28
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn

Dated: 03/05/09                 _____

                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE

```